FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy              DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| MANUEL F. RODRIGUEZ, | ) No. EDCV 12-761 AN |
|---|---|
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: December 14, 2012

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE