1  ~~WILLIAM M. KUNTZ  #153052~~
2  ~~Attorney at Law~~
   ~~4780 Arlington Avenue~~
3  ~~Riverside, CA 92504~~
   ~~(951) 343-3400~~
4  ~~Fax (951) 343-4004~~
   ~~E-Mail: KuntzSSlaw @sbcglobal.net~~
5  ~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _sha_ DEPUTY

6           UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF CALIFORNIA
7                 EASTERN DIVISION

8

9  MANUEL FARIAS RODRIGUEZ,       )   CASE NO.: **EDCV 12-0761 AN**
10              Plaintiff,        )
                                  )   [PROPOSED] ORDER AWARDING
11        v.                      )   EAJA FEES
                                  )
12 CAROLYN W. COLVIN[1],          )
   Commissioner of Social Security)
13 Administration,                )
                                  )
14              Defendant.        )

15        Based upon the parties' Stipulation for Award and Payment of Equal Access

16 to Justice Act (EAJA) Fees ("Stipulation"),

17        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

18 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

19 SEVEN HUNDRED FIFTY DOLLARS and no/cents ($2,750.00), as authorized

20 by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

21 Stipulation.

22

23 DATED: March 25, 2013            _[signature]_
                                    UNITED STATES MAGISTRATE JUDGE
24

25 _____

26   [1] Carolyn W. Colvin became the Acting commissioner of Social Security on February 14,
   2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27 be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken
   to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28 U.S.C. § 405(g).